23235. KINNEBREW *v.* OCEAN STEAMSHIP COMPANY.

GUERRY, J. This case is controlled by the decision in *Kinnebrew* v. *Ocean Steamship Co.*, ante, 706.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*